IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-mj-00108-DLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS ANGEL PRIETO-Delval,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before a United States Magistrate Judge, forthwith, for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until completion of the defendant's hearings as set forth in the Petition, and thereafter to return the defendant to the institution wherein now confined until service of his state sentence is completed, on or before March 5, 2009, at which time he will be taken into federal custody pursuant to the federal (ICE) detainer warrant previously filed regarding this defendant.

SO ORDERED this 20th day of February, 2009.

                                                DAVID L. WEST
                                              U. S. MAGISTRATE JUDGE